**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:      1:12-cv-01714-RBJ

JUDITH SEMPSON,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER**
**[Doc. #15]**

---

    THIS MATTER having come before the Court on the parties' Stipulated Motion to Amend Scheduling Order, and the Court having reviewed the motion and being otherwise fully informed

    GRANTS the parties' motion.  The Scheduling Order [Doc. #15] shall be amended to extend the deadlines for designation of affirmative and rebuttal experts.  The deadline to designate affirmative experts is December 31, 2012 and the deadline to designate rebuttal experts is January 31, 2013.

    Dated this 27th of November, 2012.

                                               BY THE COURT

                                               _____
                                             United States District Court Judge