IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-01714-RBJ

JUDITH SEMPSON,

    Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.

## ORDER

In this case, removed from state court on diversity of citizenship grounds, plaintiff complains that her automobile insurer, Safeco, has failed to pay underinsured motorist benefits in breach of its insurance contract and in bad faith. The parties have asked the Court to determine whether Safeco's reserve numbers are discoverable. After reading the parties' respective briefs, the Court concludes that, at least based upon the factual background provided to date, the reserve numbers need not be produced. *See Sunahara v. State Farm Mut. Auto. Ins. Co.,* 280 P.3d 649, 657-58 (Colo. 2012).

DATED this 25th day of February, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge